## NEWSOME et al. v. SHIPP.

HEAD, Justice. The present case comes to this court on an exception to the refusal to grant a new trial. Grounds of a motion for new trial not argued or insisted upon are impliedly abandoned. Code, § 6-1308. The only ground of the motion for new trial, as amended, that has been argued or insisted upon by the plaintiff in error in this court is the

ground complaining of the refusal of the trial court to grant a nonsuit. The exception to the ruling refusing a nonsuit was not preserved in the lower court, and such ground of exception can not be entertained by this court in a motion for new trial. *Dixie Manufacturing Co.* v. *Ricks*, 153 *Ga.* 364 (4) (112 S. E. 370); *Dickson* v. *Citizens Bank & Trust Co.*, 184 *Ga.* 398, 399 (8) (191 S. E. 379); *Page* v. *Brown*, 192 *Ga.* 400 (4) (15 S. E. 2d, 506).

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness.*

No. 16362.   October 11, 1948.

*L. L. Woodward* and *Fort & Fort*, for plaintiffs in error.

*J. E. D. Shipp*, pro se. *Dykes & Dykes*, and *J. L. Glover*, contra.

*Eugene Cook, Attorney-General*, and *Hamilton Lokey*, for person at interest, not party to record.